The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSICA MEGHINASSO,

    Plaintiff,

v.

MERCEDES-BENZ USA, LLC, and DAIMLER AG,

    Defendants.

No. 3:17-cv-05930-RBL

**ORDER ON JOINT STIPULATED MOTION TO MODIFY ORDER SETTING TRIAL, PRETRIAL DATES**

The Court, having read and considered the parties' joint proposal to modify the February 16, 2018 Minute Order Setting Trial, Pretrial Dates (Dkt. 10) to extend deadlines in light of the parties' scheduled mediation on January 15, 2019, **HEREBY ORDERS** that the Parties' Joint Motion and Stipulation is GRANTED and the pretrial and trial dates in this matter are modified as follows:

| Deadline | Original Date | Stipulated Date |
|---|---|---|
| ~~FIVE~~ TEN DAYS Jury TRIAL set for 09:00 AM on | June 10, 2019 | November 4, 2019 |
| All motions related to discovery must be FILED by | 1/22/2019 | 05/22/2019 |
| Discovery COMPLETED by | 2/11/2019 | 06/11/2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) is due | 12/12/2018 | 07/12/2019 |

ORDER ON JOINT STIPULATED MOTION TO MODIFY ORDER
SETTING TRIAL, PRETRIAL DATES - 1
(3:17-cv-05930-RBL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | | |
|---|---|---|
| All dispositive motions must be FILED by | 3/12/2019 | 07/26/2019 |
| Settlement conference per LCR 39.1(c)(2) HELD no later than | 4/3/2019 | 08/05/2019 |
| Mediation per LCR 39.1(c)(3) HELD no later than Under Local Civil Rule 39.1(c) the Court ORDERS that the parties engage in mediation. The parties may seek relief from this requirement by motion and upon a showing of good cause. | 5/7/2019 | 09/09/2019 |
| Letter of compliance as to LCR 39.1 FILED by | 5/21/2019 | 09/23/2019 |
| Motions in limine must be FILED by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | 5/6/2019 | 09/30/2019 |
| Agreed Pretrial Order OR if counsel request to dispense with, and the Court approves, Witness and Exhibit Lists are due on | 5/24/2019 | 10/18/2019 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 5/28/2019 | 10/23/2019 |
| Pretrial conference will be HELD at 08:30 AM on | May 31, 2019 | October 25, 2019 |

**IT IS SO ORDERED.**

DATED this 28th day of November, 2018.

Ronald B. Leighton
United States District Judge

ORDER ON JOINT STIPULATED MOTION TO MODIFY ORDER
SETTING TRIAL, PRETRIAL DATES - 2
(3:17-cv-05930-RBL)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384